AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of  __ALABAMA__

UNITED STATES OF AMERICA
V.

WILFRED PHELPS, JR.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:95-cr-0021-001-MHT
(WO)

USM Number: 09446-002

Robert Illman
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __1-4 of the Petition filed on__ October 15, 2004.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1-3 | The defendant has committed another Federal, state or local crime | 10-13-2004 |
| 4 | The defendant has possessed a firearm | 10-02-2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 00-00-1978

Defendant's Date of Birth: 1978

Defendant's Residence Address:
Montgomery, Alabama

Defendant's Mailing Address:
Same as above

May 18, 2006
Date of Imposition of Judgment

*[signature]*
Signature of Judge

MYRON THOMPSON, UNITED STATES DISTRCT JUDGE
Name and Title of Judge

5/25/2006
Date

Judgment — Page 2 of 2

DEFENDANT: WILFRED PHELPS, JR.
CASE NUMBER: 2:95-cr-0021-001-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
24 MONTHS.  The term of supervised release imposed on July 30, 1996 is REVOKED.  The defendant shall stand committed for service of this sentence upon his release from the sentence he is now serving.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL