IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:95cr21-MHT
                            )           (WO)
WILFRED PHELPS, JR.         )

ORDER

It is ORDERED that defendant's motion for reconsideration of sentence (doc. no. 169) is denied. Because over ten years have passed since defendant's sentencing in this case, the court no longer has the ability to change defendant's sentence.

DONE, this the 31st day of January, 2017.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE