**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:95cr21-MHT** |
| | ) | **(WO)** |
| **WILFRED PHELPS, JR.** | ) | |

**ORDER**

Upon consideration of defendant Wilfred Phelps, Jr.'s motion for a copy of his presentence investigation report (Doc. 171), it is ORDERED that the motion is denied with leave to renew. If the defendant files a new motion, he should explain the reason he needs the document.

DONE, this the 22nd day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**