IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
   v.                        )        2:95cr21-MHT
                             )           (WO)
WILFRED PHELPS, JR.          )
```

### ORDER

Upon consideration of defendant Wilfred Phelps, Jr.'s "Motion for Judicial Recommendation for Nunc Pro-Tunc Designation" (Doc. 173), and based on the government's having no opposition to the request (Doc. 176), it is ORDERED that the motion is granted, and the court recommends that the Bureau of Prisons make a retroactive, nunc pro tunc designation of the Alabama Department of Corrections for service of defendant's pending federal sentence in this case, thereby allowing the federal sentence to be served concurrently.

The clerk of court shall provide a copy of this order to the Federal Bureau of Prisons at the following addresses: BOP-CPD-DSC-PolicyCorrespondence-S@bop.gov; Designation and Sentence Computation Center, Grand

Prairie Office Complex, 346 Marine Forces Drive, Grand

Prairie, TX 75051.

DONE, this the 23rd day of July, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**